AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Cynthia Webb

V.

East Ramapo Central High School District; East Ramapo Board of Education; Eric Brand, Mitchell Schwartz; Joe L. Farmer; Mary Sculnik; Jean E. Fields; Richard J. Neidhart; and Augustina West

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**08 CIV. 3565**

**JUDGE KARAS**

TO: (Name and address of Defendant)

Augustina West
Ramapo High School
400 Viola Road
Spring Valley, NY 10977

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Steven L. Wittels
Sanford Wittels & Heisler, LLP
950 Third Avenue, 10th Floor
New York, NY 10022
(646) 723-2947

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. Michael McMahon
CLERK

(By) DEPUTY CLERK

DATE: APR 1 4 2008

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 4/30/08 | |
| NAME OF SERVER (PRINT) Edwin Izaguirre | TITLE Process Server | |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): Left copies thereof at defendant's place of business with a person of suitable age and discretion at 105 South Madison Ave, Spring Valley, NY 10977.
Name of person with whom the summons and complaint were left: Ronna Zuberman (clerk)

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/5/08
Date

Signature of Server: Edwin Izaguirre

ANNEI LI
Notary Public, State of New York
No. 01LI6161335
Qualified in Queens County
Commission Expires 02/26/2011

Address of Server: 33-44 Junction Blvd, Jackson Heights, NY 11372.

• Deponent enclosed a copy of same in a First Class post paid envelope properly addressed to recipient's actual place of business at 105 South Madison Ave, Spring Valley, NY 10977. Envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.