UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CYNTHIA WEBB,

                Plaintiff,     **ELECTRONICALLY FILED**

  -against-                         **Civil Case No.:**    **7:08-CV- 3565 KMK/MDF**

EAST RAMAPO CENTRAL SCHOOL DISTRICT;
EAST RAMAPO BOARD OF EDUCATION; ERIC
BRAND, MITCHELL SCHWARTZ; JOE L.
FARMER; MARY SCULNIK; JEAN E. FIELDS;
RICHARD J. NEIDHART; and AUGUSTINA WEST,

                Defendants.

---

### NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for:

| | |
|---|---|
| Defendant | East Ramapo Central School District |
| Defendant | Board of Education for the East Ramapo Central School District |
| Defendant | Eric Brand |
| Defendant | Mitchell Schwartz |
| Defendant | Joe L. Farmer |
| Defendant | Mary Sculnik |
| Defendant | Jean E. Fields |
| Defendant | Richard J. Neidhart; and |
| Defendant | Augustina West |

    I certify that I am admitted to practice in this court.

DATED:    May 28, 2008

1

GIRVIN & FERLAZZO, P.C.

By: _____
Gregg T. Johnson
Bar Roll No.: GJ3348
Attorneys for Defendants
Office and P.O. Address
20 Corporate Woods Blvd.
Albany, New York 12211
Tel:   518-462-0300
Fax:   518-462-5037
Email: gtj@girvinlaw.com

TO: SANFORD, WITTELS & HEISLER, LLP
Steven L. Wittels, Esq.  (SLW8110)
Jeremy Heisler, Esq.  (JH0145)
Andrew Melzer, Esq.  (AM7649)
Attorneys for Plaintiff
950 Third Avenue - 10th Floor
New York, New York  10022
Tel:   646-723-2947
Fax:   646-723-2948
Email: swittels@nydclaw.com
       jeremy.heisler@verizon.net
       amelzer@nydclaw.com

SANFORD, WITTELS & HEISLER, LLP
David W. Sanford, Esq.
Attorneys for Plaintiff
1666 Connecticut Avenue, N.W., Suite 310
Washington, D.C.  20009
Tel:   202-742-7777
Fax:   212-742-7776