UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CYNTHIA WEBB,

                      Plaintiff,       **FILED ELECTRONICALLY**

    -against-                           Civil Case No.:    7:08-CV- 3565
                                                                         **KMK/MDF**

EAST RAMAPO CENTRAL SCHOOL DISTRICT;
EAST RAMAPO BOARD OF EDUCATION; ERIC
BRAND, MITCHELL SCHWARTZ; JOE L.
FARMER; MARY SCULNIK; JEAN E. FIELDS;
RICHARD J. NEIDHART; and AUGUSTINA WEST,

                      Defendants.

---

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2008, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

1.     Steven L. Wittels, Esq., Attorney for Plaintiff at swittels@nydclaw.com

2.     Jeremy Heisler, Esq., Attorney for Plaintiff at jeremy.heisler@verizon.net

3.     Andrew Melzer, Esq., Attorney for Plaintiff at amelzer@nydclaw.com.

                                                                         */s/ Loretta M. Glogowski*
                                                                          Loretta M. Glogowski for
                                                                          Gregg T. Johnson (Bar Roll No. GJ3348)