UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CYNTHIA WEBB,

                              Plaintiff,      **FILED ELECTRONICALLY**

  -against-                                  **Civil Case No.:**      **7:08-CV- 3565 KMK/MDF**

EAST RAMAPO CENTRAL SCHOOL DISTRICT;
EAST RAMAPO BOARD OF EDUCATION; ERIC
BRAND, MITCHELL SCHWARTZ; JOE L.
FARMER; MARY SCULNIK; JEAN E. FIELDS;
RICHARD J. NEIDHART; and AUGUSTINA WEST,

                              Defendants.

---

### CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2008, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

1. Steven L. Wittels, Esq., Attorney for Plaintiff at swittels@nydclaw.com

2. Jeremy Heisler, Esq., Attorney for Plaintiff at jeremy.heisler@verizon.net

3. Andrew Melzer, Esq., Attorney for Plaintiff at amelzer@nydclaw.com.

                                                        Loretta M. Glogowski for
                                                        Jacinda H. Conboy (Bar Roll No. JH2826)

1