UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CYNTHIA WEBB,

                        Plaintiff,      **FILED ELECTRONICALLY**

   -against-                      **Civil Case No.:**    **7:08-CV- 3565**
                                                                          **KMK/MDF**
EAST RAMAPO CENTRAL SCHOOL DISTRICT;
EAST RAMAPO BOARD OF EDUCATION; ERIC
BRAND, MITCHELL SCHWARTZ; JOE L.
FARMER; MARY SCULNIK; JEAN E. FIELDS;
RICHARD J. NEIDHART; and AUGUSTINA WEST,

                        Defendants.

---

### CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2008, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

1.    Steven L. Wittels, Esq., Attorney for Plaintiff at swittels@nydclaw.com

2.    Jeremy Heisler, Esq., Attorney for Plaintiff at jeremy.heisler@verizon.net

3.    Andrew Melzer, Esq., Attorney for Plaintiff at amelzer@nydclaw.com.

                                                                           _/s/ Loretta M. Glogowski_
                                                                           Loretta M. Glogowski for
                                                                           Scott P. Quesnel (Bar Roll No. SQ6461)