USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

## SANFORD WITTELS & HEISLER, LLP

950 Third Avenue, 10th Floor
New York, NY 10022
(646) 723-2947
Fax: (646) 723-2948
E-Mail: swittels@nydclaw.com
www.nydclaw.com

| 18 Half Mile Road | 1666 Connecticut Ave., Suite 310 | 440 West Street |
| Armonk, NY 10504 | Washington, D.C. 20009 | Fort Lee, NJ 07024 |
| (914) 273-7314 | Direct Dial: (202) 742-7780 | (201) 585-5188 |
| Fax: (914) 273-2563 | Fax: (202) 742-7776 | Fax: (201) 779-5233 |

July 18, 2008

**MEMO ENDORSED**

*VIA FAX AND FIRST-CLASS MAIL*
Hon. Kenneth Karas, USDJ
U.S.D.C. – Southern District of New York
U.S. Courthouse
300 Quarropas Street – Room 533
White Plains, New York 10601

  Re: **Webb v. East Ramapo CSD, et. al.**
    **Civil Case No.: 08 Civ. 3565**

Dear Judge Karas:

  With the consent of Defendants' counsel, we write on behalf of Plaintiff Cynthia Webb to request an adjournment of the currently scheduled Monday, July 21, 2008, 11 am court conference to August 5 or thereafter as convenient for the court. The reason for the request is that Plaintiff's counsel needs additional time to confer with Defendants' counsel about the subject of the conference involving proposed motion practice, and further, that Plaintiff's counsel has a scheduling conflict.

  Your Honor's law clerk Eric gave us permission to fax this request.

           Respectfully submitted,

           Steven L. Wittels

*Conference adjourned until August 6, 2008, at 2 pm.*

Cc: Gregg Johnson, Girvin & Ferlazzo, PC
   Counsel for all Defendants (fax: 518-462-5037)

SO ORDERED
KENNETH M. KARAS U.S.D.J.
7/21/08