```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CYNTHIA WEBB,

                Plaintiff,

-v-                              08-CV-3565 (KMK)

EAST RAMAPO CENTRAL SCHOOL        ORDER
DISTRICT et al,

                Defendant.

KENNETH M. KARAS, District Judge:

    Parties appeared for a pre-motion conference on August 6, 2008. Plaintiff will submit her Amended Complaint by August 20, 2008, and Parties will return for a status conference on October 3, 2008, at 3:00 p.m. If, following receipt of Plaintiff's Amended Complaint, Defendants wish to renew their Motion to Dismiss, Defendants will write the Court and opposing counsel a pre-motion letter by September 19, 2008, Plaintiff will respond to the letter by September 26, 2008, and the October 3, 2008, status conference will serve as a pre-motion conference for Defendants' proposed motion.

SO ORDERED.

DATED:    August 6, 2008
              White Plains, New York

                                              KENNETH M. KARAS
                                              UNITED STATES DISTRICT JUDGE