## CERTIFICATE OF SERVICE

I HEREBY certify that true and correct copies of the Plaintiff's First Amended Complaint have been served on August 20, 2008 via U.S. Mail to Defense Counsel at the following address:

>Gregg T. Johnson
>Jacinda H. Conboy
>Girvin & Ferlazzo, P.C.
>20 Corporate Woods Blvd
>Albany, NY 12211

and by hand delivery to the Clerk of the Court of the Southern District of New York.

By: _____

Andrew Melzer, Esq.
**SANFORD, WITTELS & HEISLER, LLP**
950 Third Avenue, 10th Floor
New York, New York 10022
Telephone: (646) 723-2947
Facsimile: (646) 723-2948
amelzer@nydclaw.com